# EXHIBIT A

State of Illinois            )
                             ) ss
County of St. Clair          )

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY
### IN SUPPORT OF COMPLAINT FOR FORFEITURE

I, Kyle Waddington, declare under penalty of perjury the following:

At all relevant times, I have been a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA). The contents of this Declaration are based on information provided to me during the course of my investigation from participants in the criminal activity, from other witnesses, and from other law enforcement officers.

1. On May 14, 2020, declarant, along with TFO Gregory Degener (TFO Degener), while sitting in the emergency center turnaround on Interstate 64 in St. Clair County, Illinois, observed a red 2020 BMW traveling west on Interstate 64 at mile marker 30. As the BMW approached, declarant observed the driver looking at his cellular phone which was in the driver's hand. As the BMW passed, declarant observed the driver quickly put his cell phone down.

2. As the officers pulled onto the interstate, they saw the BMW's right turn signal begin to flash as the BMW took Exit 30 to New Baden. TFO Degener read the BMW's North Carolina registration to declarant so that declarant could run a law enforcement check on the BMW; however, the registration would not return. Due to officer safety, the officers did not conduct a traffic stop at that time, but contacted the Columbia (Illinois) Police Department Dispatch to obtain the BMW's registration information.

3. While waiting on the registration information, the TFOs continued to follow the BMW as it turned left onto Illinois State Route 161 and entered the Love's fuel station and pulled up next to a fuel pump. Columbia Police Department Dispatch advised that the BMW returned to

EAN Holdings (Enterprise Rental Cars).

4. The TFOs pulled their patrol vehicle into the semi-truck lot located on the east side of Love's convenience store. Once parked declarant was able to see the BMW parked at a gas pump. Declarant observed a male driver exit the BMW and look around. The male driver then got back into the BMW and sat there for approximately 15 minutes. Declarant then observed the male driver get back out of the BMW and look around again as if he were looking for someone. The male driver got back into the BMW and exited the Love's parking lot traveling back towards the interstate.

5. As the TFOs were exiting the semi-truck lot, they observed the BMW approaching the exit of the Love's fuel pumps. The TFOs observed the male driver of the BMW look in their direction and abruptly stop. The BMW then proceeded to exit the lot and drive east onto Route 161. As the BMW began traveling east on Route 161, TFOs observed the vehicle traveling at a high rate of speed. TFOs attempted to catch up with the BMW and observed the BMW pass the entrance ramps to Interstate 64. At that time, the TFOs observed the right turn signal flashing on the BMW and observed the vehicle turn right onto Dine Drive. The TFOs then observed the BMW travel from the far right lane and turn left, crossing over the center turn lane, and pull into the McDonald's drive thru without signaling.

6. At this time, the TFOs conducted a traffic stop on the red BMW for unlawful use of an electronic device, failure to signal, and improper lane usage on One Dine Drive, New Baden, St. Clair County, Illinois. TFO Degener activated his emergency lights in the parking lot of the McDonald's drive thru. The driver had pulled into the McDonald's drive thru as if he were going to place an order.

7. Declarant approached the passenger side of the BMW and saw that the driver had a

bag of hot food sitting on the passenger seat. Declarant requested that the driver pull into a parking space to enable the traffic flow in the McDonald's drive thru. The male driver complied and declarant re-approached the BMW on the passenger side. Declarant informed the male driver of the reason for the traffic stop and the driver acknowledged by shaking his head up and down and mumbling something. Declarant requested and the male driver produced his driver's license, which identified him as Dawit AMANUEL with an address is Virginia Beach, Virginia. As AMANUEL was retrieving his driver's license, declarant observed AMANUEL's hands shaking and AMANUEL appeared very nervous. Declarant handed AMANUEL's driver's license to TFO Degener and TFO Degener returned to his patrol vehicle to perform law enforcement inquiries on AMANUEL.

8. Declarant remained at the passenger's side window of the BMW and continued speaking with AMANUEL about his travels. AMANUEL stated that he was going to Denver, Colorado to see his mother who he believed had Coronavirus (COVID 19). Declarant reminded AMANUEL that he should not be around someone who has COVID 19 due to the virus being highly contagious. Declarant asked AMANUEL what his occupation is and AMANUEL stated that he had been a mechanic for approximately four years.

9. As TFO Degener queried AMANUEL in law enforcement databases, he learned that AMANUEL had a criminal drug history. AMANUEL's history included battery, burglary, unlawful possession of burglary tools, grand theft (money), obstructing, disorderly conduct, driving while license suspended, sale/distribution of marihuana, conspiracy to violate drug control act, and possession of a firearm while in possession of drugs.

10. Declarant returned to the patrol vehicle and spoke with TFO Degener. After discussing AMANUEL's travel plans and his criminal history, officers decided to do an open-air

sniff of the BMW with TFO Degener's K9 Blu. TFO Degener stepped out of the patrol vehicle to retrieve K9 Blu and declarant returned to the BMW and requested AMANUEL exit the vehicle and he complied. AMANUEL walked to the passenger side of the patrol vehicle where declarant asked if there was anything illegal in the vehicle. Declarant specifically asked if AMANUEL had any narcotics in the vehicle and AMANUEL stated he did not. Declarant then asked AMANUEL if he had any large amounts of United States currency in the vehicle. AMANUEL began stretching and stated he wished he had money. Declarant asked AMANUEL if he was stretching and AMANUEL stated he was because he had been driving for awhile.

11. TFO Degener conducted an open-air sniff on the BMW with his K9 Blu. TFO Degener setup K9 Blu at the rear of the BMW and allowed K9 Blu to get acclimated to the environment. TFO Degener gave K9 Blu the command to search for narcotics. TFO Degener observed K9 Blu sniff along the passenger side and around the front of the vehicle. K9 Blu then sniffed along the driver's side and made his way to the rear of the BMW, keeping his nose near the bottom seams of the doors. TFO Degener observed K9 Blu approach the rear of the vehicle and stop, but keep sniffing. TFO Degener directed K9 Blu back to the BMW and K9 Blu began sniffing along the driver's side and around the front of the vehicle. Upon approaching the passenger's side, TFO Degener heard K9 Blu's breathing change. K9 Blu began breathing deeper. K9 Blu sniffed the front door seam, took a deep breath and sat signaling the odor of narcotics present in the vehicle.

12. TFO Degener advised declarant that K9 Blu gave a positive alert on the BMW. Declarant witnessed AMANUEL turn his back to the BMW while looking around, stretching and unable to stand still. After returning K9 Blu to the patrol vehicle, TFO Degener spoke with AMANUEL and asked if he had any narcotics in the BMW. AMANUEL stated he had some

marihuana in his backpack on the front passenger side floorboard of the vehicle. During the time that TFO Degener was speaking with AMANUEL, officers again witnessed AMANUEL continue to stretch and look around. The TFOs know through training and experience, this is common behavior for someone who is preparing to flee or someone who is nervous. Due to the concern that AMANUEL was going to run away from the TFOs, declarant directed AMANUEL to sit on the curb near the BMW and AMANUEL complied.

13.     Inside of the BMW, officers located a large amount of United States currency rubber-banded inside AMANUEL's black backpack located on the front passenger seat floorboard. Also inside of the backpack, declarant located a jar containing 284.6 grams of suspected cannabis. TFO Degener located another large amount of United States currency rubber-banded together in the center console of the BMW. Officers also located five (5) cellular telephones.

14.     Once officers completed the search of the interior of the vehicle, they opened the trunk and observed two large suitcases, which were placed behind two cardboard boxes measuring approximately 18" x 12" x 5". The cardboard boxes were taped shut. TFO Degener opened one box and immediately observed vacuumed sealed United States currency. TFO Degener placed the box back in the trunk as declarant read AMANUEL his Miranda Rights. TFO Degener observed AMANUEL's behavior and saw AMANUEL slump his shoulders, put his head down, and stomp his feet on the ground.

15.     As officers removed the United States currency from the BMW, they asked AMANUEL if the currency located in the trunk of the BMW belonged to him. AMANUEL stated that it did not. AMANUEL stated that the only money in the vehicle that belonged to him was in the backpack and the center compartment.

16.     After completing the roadside evidence collection, AMANUEL was placed in the

front seat of the patrol vehicle and transported to the DEA office in Fairview Heights, Illinois. Declarant drove the BMW. Once at the DEA office, TFO Degener walked AMANUEL inside and placed him in an interview room. TFO Degener and Special Agent Jarrett Neff (SA Neff) conducted a formal interview with AMANUEL where he was again read his Miranda rights. During the interview, SA Neff asked AMANUEL the purpose of his travel, in particular where he began his trip and where his ultimate destination would be. AMANUEL stated that he was driving from his residence in Virginia and that he did not have any particular destination in mind. AMANUEL could not remember what day he left Virginia and stated that he was "just driving." SA Neff further asked AMMANUEL if he had any state or particular area he was planning on going to, which AMMANUEL shook his head back and forth indicating he did not. AMMANUEL later stated that he did not have any one particular person in mind who he was traveling to visit.

17.     At this time, SA Neff asked AMANUEL whose vehicle he was driving. AMMANUEL stated the vehicle was a rental and that he rented the vehicle, however he could not recall what company he rented the vehicle from, nor did he know how long the vehicle was rented for.

18.     After discussing the rental vehicle, SA Neff asked AMANUEL if any of the United States currency located in the vehicle was his. AMANUEL advised the United States currency located within a backpack in the vehicle was his. SA Neff further asked AMANUEL how much United States currency was inside the backpack, which AMANUEL advised that he did not know how much was in the backpack and could not provide an estimate. Later during the interview, SA Neff asked AMANUEL how he obtained the currency located within the backpack. AMANUEL advised that he is a mechanic who works on race cars and is paid under the table and makes approximately $55,000 per year. AMANUEL told SA Neff that he had worked as a race car

mechanic for approximately four months (not four years as AMANUEL told declarant). AMANUEL advised he has not filed taxes.

19. SA Neff then asked AMANUEL about the cardboard boxes located in the trunk of the BMW, which contained an additional amount of United States currency. AMANUEL advised that he did not know of any currency located in the trunk of the vehicle. After AMANUEL advised that he was unaware of the currency, SA Neff asked if anyone else had access to the rental vehicle. AMANUEL responded, "not that I know of, maybe, but not that I know of." SA Neff asked AMANUEL whether he looked inside the trunk of the vehicle prior to leaving the rental company, and AMANUEL advised that he did not. SA Neff then asked AMANUEL if it is possible that the currency was already in the trunk of the BMW before AMANUEL left the rental company. AMANUEL replied, "your guess is as good as mine." AMANUEL continually denied any knowledge of the currency located in the trunk of the vehicle. AMANUEL stated that someone must have placed the United States currency in his trunk. AMANUEL told SA Neff that he would not file a claim to the currency in the trunk because it was not his.

20. AMANUEL filed an administrative claim with DEA dated July 18, 2020, but signed by AMANUEL on July 20, 2020. In his claim AMANUEL states, "under penalty of perjury" that he was traveling from Virginia to Las Vegas to "participate in the World Series of Poker (WSOP) physical tournaments, cash games, and online games in Las Vegas at Caesars RIO hotel/casino, and sports gaming." However, according to the Caeser's Entertainment website, an announcement was made on April 20, 2020, that the World Series of Poker (WSOP) was officially being postponed as a result of COVID-19 and that the event is targeted to take place in the fall of 2020. Furthermore, according to WSOP.com, organizers did not announce "World Series of Poker Online" until June 8, 2020. AMANUEL states that the boxes of United States currency located in the trunk of the

vehicle he was driving was his "poker/gaming bankroll." AMANUEL also states that the officers accused him of being a drug dealer and that he "laughed and told them I am not involved with drugs. I am a Insulin dependent diabetic." Lastly, AMANUEL states that since he was without his "gaming bankroll" he "was forced to turn around and head back home." However, according to Enterprise, AMANUEL did not return the BMW in Virginia until May 22, 2020.

21.     Additional investigation revealed that AMANUEL filed for Chapter 7 Bankruptcy in June of 2011 in the Eastern District of California. In his voluntary petition he stated that he had no cash on hand or any bank accounts or other financial instruments. He claimed $350.00 in personal property and debts totaling $39,490.80, most of which consisted of collection accounts. AMANUEL further stated that he was unemployed and a full time student with expenses totaling $245.00 per month.

22.     AMANUEL stated that he earned $0.00 in tax years 2009, 2010, and for the first half of 2011 and that he had not filed any tax returns for 2009 or 2010.

23.     Further investigation revealed that on May 1, 2017, AMANUEL was charged with Possession of marijuana w/intent > 5 lbs and Possess Gun w/sell 1lb+ marijuana in the Virginia Beach Circuit Court Case Nos. CR17001155-00 and CR17001155-01. AMANUEL plead guilty to Possess Gun w/sell 1lb+ marijuana and was sentenced to 365 days in jail (suspended) and two years probation.

24.     The investigation also revealed that AMANUEL was charged on February 1, 2019, with Possession of Marijuana in the Commonwealth of Virginia Court Case No. GC19001301-00.

25.     On May 18, 2020, the currency seized from AMANUEL was transported to Loomis for an official count. It was determined that the total amount seized from AMANUEL's backpack totaled $3,494.00 and that amount seized from the trunk of the vehicle totaled $275,055.00.

26. Based on the foregoing, declarant believes that the subject-matter $275,055.00 and $3,494.00 in United States Currency is property which constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance, or proceeds traceable to such an exchange, or money used to facilitate a violation of 21 U.S.C. § 801 *et seq.*

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of October, 2020.

KYLE WADDINGTON
Task Force Officer
Drug Enforcement Administration